IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CECIL F. HILL | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. _____ |
| UNITED STATES POSTAL SERVICE | : | AMD 03 CV 389 |
| Defendant, Petitioner | : | |

oOo

### ORDER

Upon consideration of the Consent Motion for an Enlargement of Time and there being good cause therefore, it is this 24th day of February, 2003,

HEREBY ORDERED that Defendant, the United States, have until March 28, 2003 within which to answer or otherwise respond to the Complaint filed in this case.

_____
United States District Judge