IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CECIL F. HILL** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. AMD-03-00389 |
| **UNITED STATES POSTAL SERVICE** | : |
| Defendant, | : |

o0o

**FILING OF STATE COURT PAPERS PURSUANT TO LOCAL RULE 103.5**

Pursuant to Local Rule 103.5 of the United States District Court for the District of Maryland, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Allen F. Loucks, Assistant United States Attorney for said District, hereby submit, at Tab 1, a copy of state court papers relative to the instant proceedings in Case Number 12-C-02-003674, filed in the Circuit Court for Harford County, Maryland.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

_____/s/_____
Allen F. Loucks
Assistant United States Attorney
Bar No. 03094
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Tele: (410) 209-4812
Fax:  (410) 962-2310

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2003, a copy of the foregoing Filing of State Court Papers Pursuant to Local Rule 103.5, which was electronically filed in this case on March 11, 2003, was mailed via first class mail, postage prepaid to H. Wayne Norman, Jr., Esquire, 808 S. Main Street, Bel Air, Maryland 21014, counsel for plaintiff.

                                                     /s/
                                        Allen F. Loucks
                                        Assistant United States Attorney