```
                    CIRCUIT COURT FOR HARFORD COUNTY
                              James Reilly
                      Clerk of the Circuit Court
                              Courthouse
                       20 West Courtland Street
                           Bel Air, MD 21014-
              (410)-879-2000, TTY for Deaf: (410)-638-4926
                     MD Toll Free-1-(800)989-8296
```

02/25/03

Case Number: 12-C-02-003674 OC
Date Filed: 12/27/2002
Status: Closed/Inactive
Judge Assigned: To Be Assigned,
Location :

Cecil F Hill vs United States Postal Service

# C A S E   H I S T O R Y

### OTHER REFERENCE NUMBERS

| Description | Number |
| --- | --- |
| Case Folder ID | C02003674V01 |

### INVOLVED PARTIES

| Type | Num | Name(Last,First,Mid,Title) / Addr Str/End | Disposition Addr Update | Entered |
| --- | --- | --- | --- | --- |
| PLT | 001 | Hill, Cecil F<br>Party ID: 0131427 | BT RE 02/25/03 | 12/30/02 |
| | | Mail: 706 Pulaski Hwy<br>Havre De Grace, MD  21078<br>12/30/02 | | |
| | | Attorney: 0015494 Norman, H Wayne<br>H Wayne Norman Jr., P.A.<br>808 South Main Street<br>Bel Air, MD  21014<br>(410)893-1436 | Appear: 12/30/2002 | 12/30/02 |
| DEF | 001 | United States Postal Service<br>Party ID: 0131434 | BT RE 02/25/03 | 12/30/02 |
| | | Mail: 301 N Juanita Street<br>Havre De Grace, MD  21078<br>12/30/02 | | |

```
12-C-02-003674    Date:  02/25/03   Time: 13:15                          Page:       2

        Serve On: United States Attorney For The District Of Maryland
```

## JUDGE HISTORY

```
JUDGE ASSIGNED                  Type Assign Date Removal RSN
------------------------------- ---- ----------- -----------
TBA  To Be Assigned.            J    12/30/02
```

## DOCUMENT TRACKING

```
Num/Seq Description                              Filed    Entered  Party  Jdg Ruling                Closed   User ID
------- ---------------------------------------- -------- -------- ------ --- -------------------- -------- --------
0001000 Payments Received                        12/27/02 12/30/02 PLT001 TBA                      12/30/02 LLR LLR
        Clerk fee 80.00, mls 10.00, law lib 10.00, rcpt # 64900 12/27/02
        llr

0002000 Complaint to Trespass to Property -      12/27/02 12/30/02 PLT001 TBA                      02/25/03 LLR LLR
        Encroachment

0003000 Writ of Summons - Civil Issued           12/27/02 12/30/02 DEF001 TBA                      12/30/02 LLR LLR

0004000 Notice of Removal to U.S. District Court 02/13/03 02/25/03 000        TBA                  02/25/03 LLR LLR

0005000 Letter of Regarding Notice of Removal    02/13/03 02/25/03 000        TBA                  02/25/03 LLR LLR
```

## SERVICE

```
Form Name                              Issued   Response Served   Returned Agency
-------------------------------------- -------- -------- -------- -------- -------------------------------
Writ of Summons                        12/30/02 02/22/03 01/23/03          Private Process
DEF001 United States Postal Service.
```

## TICKLE

```
Code Tickle Name          Status Expires  #Days AutoExpire GoAhead From Type Num Seq
---- -------------------- ------ -------- ----- ---------- ------- ---- ---- --- ---
35AS 35 Day Tickle After  CLOSED 03/07/03    35 no         no      CTOS T    000 000

CTOS Create Tickle On Ser CANCEL 12/30/02     0 no         no                000 000

NCDT Notice Of Contemplat CANCEL 04/29/03   120 no         no      CTOS T    000 000
```

```
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
```
I hereby certify that the aforegoing docket is a true copy of the Civil records of the

12-C-02-003674    Date:   02/25/03    Time:   13:15                                Page:      3

Clerk of the Circuit Court for Harford County. IN TESTIMONY WHEREOF I hereunto subscribe
my name and affix  the Seal of the Circuit Court for Harford County, MD, this date
02/25/2003.



James Reilly
Clerk of the Circuit Court

| | | |
|---|---|---|
| CECIL F. HILL | * | IN THE CIRCUIT COURT |
| Plaintiff | | FOR |
| | * | |
| v. | | HARFORD COUNTY |
| UNITED STATES POSTAL SERVICE | * | CIVIL |
| Defendant | | CASE NO. 12-C-02-3674 |
| | * | |

STATE OF MARYLAND, HARFORD COUNTY, SCT:

I HEREBY CERTIFY, that the aforegoing is a true copy of the Case History and Original Record of Proceedings in the above-entitled cause, taken from the Record of Proceedings of the Circuit Court for Harford County.

                                           IN TESTIMONY WHEREOF, I hereto
                                           set my hand and affix the seal of the
                                           said Court, this 25 day of February, 2003.

                                           */s/ James Reilly*
                                           JAMES REILLY, Clerk
                                           Circuit Court for Harford County