IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CECIL F. HILL,                                  :

    *Plaintiff*,                              :

v.                                              :   Civil No. AMD-03-389

UNITED STATES POSTAL SERVICE,                   :

    *Defendant.*                              :
                                              :

...o0o...

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COMES defendant, the United States Postal Service, by the undersignned counsel and moves pursuant to Rule 12 (b)(1), 12(h)(3) and 56 of the Federal Rules of Civil Procedure for an order dismissing plaintiff's claims or granting judgment against plaintiff.

In support whereof, the defendant states:

1. Plaintiff Cecil F. Hill, in proper person, is not the record owner of the property and therefore Cecil F. Hill has no standing to bring the instant lawsuit.

2. Neither plaintiff Cecil F. Hill, nor Hill Property, Inc., the record owner, have filed an administrative tort claim before filing suit on the alleged incident as mandated by the Federal Tort Claims Act, 28 U.S.C. §§ 2675(a), & 2401(b).

3. Neither plaintiff Cecil F. Hill, nor, Hill Property, Inc., the record owner, was in title at the time of the alleged taking and, therefore, may not sue in inverse condemnation.

4. Because plaintiff Cecil F. Hill has brought suit in inverse condemnation in state court, now removed to United States District Court, in an amount exceeding $10,000, this Court is deprived of jurisdiction under the Tucker Act, 28 U.S.C. 1346(a)(2).

5. The United States Postal Service may not be sued in its own name in either inverse condemnation, 39 U.S.C. 401(9) & 1346(a)(2) or in tort 28 U.S.C. §§2679(a) &1346(b).

6. A memorandum of law is being filed simultaneously herewith and the contents therein are incorporated herein by reference.

WHEREFORE, defendant, United States Postal service respectfully requests that the Court issue an order dismissing the plaintiffs' complaint or granting judgment in favor of the defendant.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney


By: _____/s/_____
Allen F. Loucks
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800