17.00

DEED

THIS DEED, made this 22nd day of December, 1987, between HENRY J. LOEBLEIN and ELEANOR S. LOEBLEIN, grantors, and the UNITED STATES POSTAL SERVICE, grantee.

WITNESSETH: That in consideration of One Hundred Twenty-Five Thousand Dollars ($125,000.00) said grantors do hereby grant, bargain, sell and convey unto the said grantee all that certain property in the City of Havre de Grace, Maryland bounded and described as follows:

BEGINNING FOR THE SAME at a concrete monument marking the intersection of the northerly right-of-way line of Green Street, 70 feet wide, and the easterly right-of-way line at Juniata Street, 70 feet wide, said point being the same as the end of the first or North 78 degrees 17 minutes 20 seconds West 449.70 feet line of the deed dated July 17, 1968, from The Philadelphia, Baltimore and Washington Railroad Company, a corporation of the State of Maryland, and Penn Central Company, its lessee, a corporation of the Commonwealth of Pennsylvania, grantor, to Henry J. Loeblein and Eleanor S. Loeblein, his wife, as grantee, as recorded among the Land Records of Harford County in Liber 784, folio 501, thence running and binding on the easterly line of Juniata Street as now surveyed and referring all courses to the true meridian (1) North 01 degrees 11 minutes 52 seconds West 235.79 feet to a concrete monument set on the southeasterly right-of-way line of the 30 foot utility easement which is described in a deed dated the 3rd of October, 1983 from Henry J. Loeblein, and Eleanor S. Loeblein, his wife, grantors, to the Mayor and City Council of Havre de Grace, a body corporate and politic of the State of Maryland, recorded among the Land Records of Harford County in Liber H.D.C. 1203, folio 261; thence binding reversely on a portion of the second line of the aforesaid deed of easement (2) on a curve to the right having a radius of 7514.49 feet, an arc distance of 375.18 feet, the chord of said arc being North 60 degrees 06 minutes 36 seconds East 375.14 feet, to a concrete monument set on the westerly line of Lot 1 as shown in Plat book 56, folio 79 among the Land Records of Harford County, thence following and binding on said westerly line of Lot 1 (3) South 00 degrees 58 minutes 36 seconds East 136.57 feet to a concrete monument thence binding on the westerly line of Parcel No. 1, Plat Book 23, folio 79 as recorded among the Land Records of Harford County (4) South 01 degrees 12 minutes 43 seconds East 202.21 feet to a concrete monument marking the southwest corner of said Parcel No. 1, thence binding on a portion of the southerly side

LIBER 1449 FOLIO 0539

of said Parcel No. 1 (5) North 88 degrees 47 minutes 37 seconds East 38.01 feet to a concrete monument, thence binding on the westerly line of Lot 3, a new line of division as shown on the hereinafter-described survey plat entitled "Final Plat, Lands of Loeblein, Lots 1A, 2 and 3, City of Havre de Grace", (6) South 00 degrees 00 minutes 23 seconds East 77.84 feet to a concrete monument set on the northerly right-of-way line of Green Street at a point 85.00 feet westerly of the westerly right-of-way line of Adams Street, 70 feet wide, thence binding on said northerly right-of-way line of Green Street (7) South 88 degrees 54 minutes 44 seconds West 364.99 feet to the point of beginning.

CONTAINING in all 110,049 sq. ft. of land, more or less. Being part of the land described in a deed of conveyance by and between The Philadelphia, Baltimore and Washington Railway Company and Penn Central Company unto the said grantors by deed dated July 17, 1968, and recorded among the Land Records of Harford County in Liber GRG 784, folio 501. Being also a part of the land described in a deed from Henry J. Loeblein and Eleanor S. Loeblein, his wife, as tenants by the entireties, to themselves, as tenants in common, dated August 13, 1984, and recorded among said Land Records in Liber H.D.C. No. 1242, folio 357.

SUBJECT to covenants and restrictions of record.

THE PROPERTY BEING CONVEYED HEREWITH is shown as Lot 2 on a Plat entitled "Final Plat, Lands of Loeblein, Lots 1A, 2 and 3, City of Havre de Grace" recorded among the Plat Records of Harford County in Plat Book No. 60, folio 32.

TOGETHER with all and singular the buildings and improvements situated thereon and the right, title and interest which the Grantors may have in the banks, beds and waters of any streams bordering the said land to be conveyed, including all interest in alleys, roads, streets or other public ways abutting or adjoining said land (but excluding, however, any property, easement, or other interests lying within Lots 1A and 3 shown on the aforesaid plat).

TO HAVE AND TO HOLD THE property herein granted unto the UNITED STATES POSTAL SERVICE and its assigns in FEE SIMPLE FOREVER.

WITNESS the hands and seals of the grantors.

_____        _____
Joyce Walters                          Henry J. Loeblein

_____        _____
Margaret Donnelly                      Eleanor S. Loeblein, his wife

2

ALL TAXES AND
WATER CHARGES
PAID
CITY OF
HAVRE DE GRACE
DATE 1/14/55  SIG ___

(Property not presently on
Water & Sewer System
Per ___ 1/14/__)

LIBER 1449 FOLIO 540

02/25/03 14:01 FAX 410 752 0890      MCR&L      ☒005
Case 1:03-cv-00389-AMD    Document 9-3    Filed 03/22/2003    Page 3 of 5
02/25/2003 10:34    4105296146      PAGE 04/05

STATE OF FLORIDA     )
                                )    SS:
SARASOTA    COUNTY    )

      I hereby certify that on this **22nd** day of December, 1987, before the subscriber, a Notary Public of the State of Florida, personally appeared Henry J. Loeblein and Eleanor S. Loeblein, his wife, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and did acknowledge that they executed the foregoing instrument for the purposes therein contained.

      In testimony whereof, I have affixed my official seal the date above written.

                                       _____
                                       Notary Public-Beth A. Jensen

My Commission expires: [illegible notary stamp]

3

LIBER 1449 FOLIO 0541

### DECLARATION OF CONSIDERATION

I hereby certify that the consideration for this transfer is some Twenty-five Thousand Dollars, and that this transfer is not subject to any Documentary and Transfer Taxes in that it is a transfer to THE UNITED STATES POSTAL SERVICE.

*William B. Neel*
Assistant Regional Counsel

The undersigned hereby certifies that the precise residence of the grantee is P.O. Box 8601 Philadelphia, Pennsylvania 19197.

*William B. Neel*
Assistant Regional Counsel

AGRICULTURAL TRANSFER TAX IN THE
AMOUNT OF $ ___ [illegible]
[illegible signatures and stamps]
Clerk

ALL TAXES PAID
DEPT. OF THE TREASURY
BUREAU OF REVENUE COLLECTIONS
1-14-83

REC'D & RECORDED: CGA
NO. 1449   FOL. 10  529

1980 JAN 14 PM 1:37

[illegible] CO.
CHARLES G. HIOB, III
CLERK

131153

[illegible] CORP
[illegible] STREET
THIRD FLOOR
BALTIMORE, MARYLAND 21202

LIBER 1449 FOLIO 0542    19.00

Survey plat: "FINAL PLAT — LAND OF LOEBLEIN, LOTS 1A, 2 & 3, CITY OF HAVRE DE GRACE, 6TH ELECTION DISTRICT, HARFORD COUNTY, MARYLAND" by Windward Associates, Consulting Engineers & Planners, 25 Parke Street, Aberdeen, Maryland. Streets shown: Juniata Street, Green Street, N. Adams Street, Franklin St., Warren St., with Amtrak right-of-way. Scale 1"=50'. Sheet 1 of 1, DB No. 6692.