## DECLARATION OF JERRY LETSCHER

I, Jerry Letscher, window clerk, Havre de Grace Main Post Office, Havre de Grace, MD United States Postal Service, hereby make the following declaration relating to the fence on the post office's Eastern boundary:

I am presently employed by the U.S. Postal Service as a window clerk and have been a postal employee since 1979.

In this capacity, I conduct window transactions at the post office during my regular duties and I am familiar with the physical surroundings at the post office.

To the best of my knowledge and belief:

1. I am advised that a lawsuit was apparently filed in state court in Maryland by Cecil Hill, in which plaintiff claims that the cyclone fence on the Eastern boundary of the main post office at 301 N. Juniata Street, Havre de Grace, MD encroaches on his lot by about 3/4 of a foot.

2. My entire postal career has been spent in the Havre de Grace post office. Prior to working at the 301 N. Juniata Street facility, I worked at the "old" post office which was in need of replacement. The present location on N. Juniata Street, which replaced the old facility where I used to work, was purchased before 1990 and the construction of the building and appurtenances such as the fence was completed in 1996. The new post office was a subject of much interest and I frequently went to the site to view the progress of construction.

3. The fence on the Eastern boundary of the postal lot, now subject of the lawsuit by Cecil Hill, was completed about a week prior to the opening of the Post Office on November 12, 1996.

4. The fence has been in continuous existence in the original location since that time.

I declare, under penalty of perjury, that the foregoing is true and correct.

Jerry Letscher
Window Clerk
Tel (410) 939-9507

DATE: March  , 2003