**The Sentinel Title Corporation**
File No. 01-3851-05
Tax ID # 06 035396



IMP FD SURE $    5.00

𝕿𝖍𝖎𝖘 𝕯𝖊𝖊𝖉, made this 10th day of October, 2001, by and between **KENNETH A. KIDDY and PATRICIA E. KIDDY, HUSBAND AND WIFE**, parties of the first part, Grantors; and **HILL PROPERTY, INC.**, party of the second part, Grantee.

- 𝖂𝖎𝖙𝖓𝖊𝖘𝖘𝖊𝖙𝖍 -



𝕿𝖍𝖆𝖙 𝖋𝖔𝖗 𝖆𝖓𝖉 𝖎𝖓 𝖈𝖔𝖓𝖘𝖎𝖉𝖊𝖗𝖆𝖙𝖎𝖔𝖓 of the sum of **FIFTY TWO THOUSAND DOLLARS and 00/100 ($52,000.00)**, and other valuable considerations, the receipt whereof is hereby acknowledged, the said Grantors do grant and convey to the said **HILL PROPERTY, INC.**, its successors and assigns, in fee simple, all that lot of ground situate in **HARFORD** County, Maryland and described as follows, that is to say:

> BEGINNING for the same at an iron pipe now set on the West side of Adams Street, 70 feet wide, said point of beginning being situate North 06 degrees 40 minutes 00 seconds East 79.00 feet from the corner formed by the intersection of said West side of Adams Street with the North side of Green Street, 70 feet wide; thence running with and binding along said West side of Adams Street North 06 degrees 40 minutes 00 seconds East 202.00 feet to an iron pipe now set; thence leaving Adams Street and running for new lines of division through the land of which the parcel now being described is a part of the following three courses and distances: (1) North 83 degrees 20 minutes 00 seconds West 123.00 feet to an iron pipe now set, (2) South 06 degrees 40 minutes 00 seconds West 202.00 feet to an iron pipe now set, and (3) South 83 degrees 20 minutes 00 seconds East 123.00 feet to the point of beginning; containing 24,846 square feet, more or less.
>
> SUBJECT to a 25 foot wide right of way to be used by the Loebleins, their heirs and assigns, in common with Tawney's Garage, Inc. for ingress and egress from and to Adams Street, said right of way being along the South of the second line of the herein described parcel.
>
> BEING a part of the same lot of ground which, by Deed dated July 16, 1996, and recorded among the Land Records of HARFORD County, Maryland, in Liber No. CGH 2423, folio 737, was granted and conveyed by TAWNEY'S GARAGE, INC., a Maryland corporation unto KENNETH A. KIDDY and PATRICIA E. KIDDY husband and wife.

𝕿𝖔𝖌𝖊𝖙𝖍𝖊𝖗 with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

𝕿𝖔 𝕳𝖆𝖛𝖊 𝖆𝖓𝖉 𝕿𝖔 𝕳𝖔𝖑𝖉 the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said **HILL PROPERTY, INC.**, its successors and assigns, in fee simple.

**And** the said parties of the first part hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant specially the property hereby granted; and that they will execute such further assurances of the same as may be requisite.

**As Witness** the hands and seals of said Grantors, the day and year first above written.

WITNESS:

_____          _Kenneth A. Kiddy_____ {Seal}
                                    KENNETH A. KIDDY

_____          _Patricia E. Kiddy_____ {Seal}
                                    PATRICIA E. KIDDY

STATE OF MARYLAND, COUNTY OF HARFORD, to wit:

I hereby certify that on this 10th day of October, 2001, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared **KENNETH A. KIDDY and PATRICIA E. KIDDY, HUSBAND AND WIFE**, the Grantors herein, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be their act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires: _____

[Notary Seal: KAREN T. QUERCIO, HARFORD COUNTY, MD — MY COMM. EXPS. OCT. 1, 2005]

PREPARED BY: SENTINEL TITLE CORPORATION, BEL AIR, MD
307 S. TOLLGATE ROAD, BEL AIR, MD 21014 (410)879-7020

AFTER RECORDING, PLEASE RETURN TO:
HILL PROPERTY, INC.
706 Pulaski Hwy.
Havre de Grace, MD 21078

PROPERTY PRESENTLY NOT ON WATER
& SEWER SYSTEM PER: _dae_
DATE: _10/24/01_    HARFORD COUNTY

HARFORD COUNTY MARYLAND
TRANSFER TAX PD $ _520.—_ _dae_
ALL OTHER TAXES PAID _10/24/01_

MUNICIPAL TAXES
AND CHARGES PAID
ABERDEEN _____
BEL AIR _____
HdeG _10/24/01_ _dae_

This is to certify that the within instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of Maryland.

_Glen Jackson_____
Glen Jackson          Attorney

LIBER 3715 FOLIO 147

## State of Maryland Land Instrument Intake Sheet

[ ] City  [X] County: HARFORD

*Information provided is for the use of the Clerk's Office and State Department of Assessments and Taxation, and the County Finance Office only.*
*(Type or Print in Black Ink Only All Copies Must Be Legible)*

[ ] Check Box if Addendum Intake Form is Attached.

**1 Type(s) of Instruments**
- [X] Deed
- [ ] Deed of Trust
- [ ] Mortgage
- [ ] Lease
- [ ] Other
- [ ] Other

**2 Conveyance Check Box**
- [X] Improved Sale Arms-Length (1)
- [ ] Unimproved Sale Arms-Length (2)
- [ ] Multiple Arms Length (3)
- [ ] Not an Arms-Length Sale (9)

**3 Tax Exemptions (If Applicable) Cite or Explain Authority**
- Recordation:
- State Transfer:
- County Transfer:

**4 Consideration and Tax Calculations**

| Consideration Amount | | | Finance Office Use Only | |
|---|---|---|---|---|
| Purchase Price/Consideration | $ | 52,000.00 | Transfer and Recordation Tax Consideration | |
| Any New Mortgage | $ | .00 | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | | x ( ) % | |
| Other: | $ | | Less Exemption Amount | - $ |
| | | | Total Transfer Tax | $ |
| Other: | $ | | Recordation Tax Consideration | $ |
| | | | x ( ) per $500 | $ |
| Full Cash Value | $ | 52,000.00 | TOTAL DUE | $ |

**5 Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | | |
|---|---|---|---|---|
| Recording Charge | $ 20.00 | $ | Agent: | |
| Surcharge | $ 5.00 | $ | | |
| State Recordation Tax | $ 343.20 | $ | Tax Bill: | |
| State Transfer Tax | $ 260.00 | $ | C.B. Credit: | |
| County Transfer Tax | $ 520.00 | $ | | |
| Other | $ | $ | Ag. Tax/Other: | |
| Other | $ | $ | | |

**6 Description of Property**

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 06 | 035396 | CGH 2423/737 | 601 | 592 | [ ] (5) |

| Subdivision Name | Lot (3a) | Block(3b) | Sect/AR(3c) | Plat Ref. | SqFt/Acreage(4) |
|---|---|---|---|---|---|
| N OF GREEN STREET | | | | | |

Location/Address of Property Being Conveyed (2): 320 N. ADAMS STREET, HAVRE DE GRACE, MD 21078

Other Property Identifiers (if applicable): Water Meter Account No.:

Residential [X] or Non-Residential [ ]   Fee Simple [X] or Ground Rent [ ]   Amount:
Partial Conveyance? [ ] Yes [X] No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

Doc. 1 – Grantor(s) Name(s):
KENNETH A. KIDDY
PATRICIA E. KIDDY

Doc. 2 – Grantor(s) Name(s):

Doc. 1 – Owner(s) of Record, if Different from Grantor(s)   Doc. 2 – Owner(s) of Record, if Different from Grantor(s)

**8 Transferred To**

Doc. 1 – Grantee(s) Name(s):
HILL PROPERTY, INC.

Doc. 2 – Grantee(s) Name(s):

New Owner's (Grantee) Mailing Address: 706 PULASKI HIGHWAY, HAVRE DE GRACE, MD 21078

**9 Other Names to Be Indexed**

Doc. 1 – Additional Names to be Indexed (Optional):   Doc. 2 – Additional Names to be Indexed (Optional): Cash

**10 Contact/Mail Information**

Instrument Submitted By or Contact Person
Name:
Firm: The Sentinel Title Corporation
Address: 307 South Tollgate Road Bel Air, MD 21014
Phone: Telephone: 410-879-7020 Fax: 410-893-1055

- [ ] Return to Contact Person
- [ ] Hold for Pickup
- [X] Return Address Provided

**11 IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

Assessment Information
[X] Yes [ ] No   Will the property being conveyed be the grantee's principal residence?
[ ] Yes [X] No   Does transfer include personal property? If yes, identify:
[X] Yes [ ] No   Was property surveyed? If yes, attach copy of survey (if recorded, no copy required)

**Assessment Use Only - Do Not Write Below This Line**

[ ] Terminal Verification [ ] Agricultural Verification [ ] Whole [ ] Part [ ] Tran. Process Verification
Transfer Number:   Date Received:   Deed Reference:   Assigned Property No.:

| Year | | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|
| Land | | Zoning | Grid | Plat | Lot |
| Buildings | | Use | Parcel | Section | Occ. Cd. |
| Total | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS: