## DECLARATION OF DAVE HEPNER

I, Dave Hepner, Customer Service Analyst - Tort Claim Coordinator, Baltimore, MD, United States Postal Service, hereby make the following declaration relating to Cecil F. Hill and Hill Property, Inc.

I am presently employed by the U.S. Postal Service as a Customer Service Analyst and Tort Claim Coordinator for the Southern Maryland area at Baltimore, MD. My present position requires the monitoring of administrative tort claims and lawsuits filed pursuant to correspondence with claimants and/or representatives of claimants who have submitted or intended to submit claims in connection with alleged torts committed by postal employees within the scope of their employment with the Postal Service.

In this capacity, I receive investigative reports and have access to files regarding claims filed with the Postal Service pursuant to the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671 et seq.

I have caused a search of the relevant files to be made and the following is the result, to the best of my knowledge and belief:

1.  I am advised that a lawsuit was apparently filed in state court in Maryland by Cecil Hill, in which plaintiff claims that the cyclone fence on the Eastern boundary of the main post office at 301 N. Juniata Street, Havre de Grace, MD encroaches on his lot by about 3/4 of a foot.

2.  A search of my records and the records of the Postal Service reveals that neither Cecil F. Hill nor Hill Property, Inc, nor anyone on their behalf, has presented to the Postal Service an administrative claim as required by the Federal Tort Claims Act, 28 U.S.C. 2671-2680.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*Dave Hepner* (signature)
Dave Hepner
Customer Service Analyst
Baltimore, MD

DATE: March   , 2003