IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CECIL F. HILL,                              :

   *Plaintiff,*                           :

v.                                          :     Civil No. AMD-03-389

UNITED STATES POSTAL SERVICE,   :

   *Defendant.*                          :
                                                                         :

...o0o...

## CERTIFICATE OF SERVICE

I certify that on March 24, 2003 a copy of the Motion to Dismiss or, in the Alternative, for Summary Judgment, the Memorandum in Support thereof and Exhibits will be mailed, first class, postage prepaid to:

   Howard Wayne Norman, Esq.
   80 S. Main Street
   Bel Air, Maryland 21014

                                        Respectfully submitted,

                                        Thomas M. DiBiagio
                                        United States Attorney

                               By: _____/s/_____
                                  Allen F. Loucks
                                  Assistant United States Attorney
                                  6625 United States Courthouse
                                  101 West Lombard Street
                                  Baltimore, Maryland 21201-2692
                                  (410) 209-4800