IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CECIL F. HILL,                          :
     Plaintiff                        :
                                      :
  v.                                    :          CIVIL NO. AMD 03-389
                                      :
UNITED STATES POSTAL SERVICE,           :
     Defendant                        :
                      ...o0o...

## MEMORANDUM

Plaintiff, Cecil Hill, by counsel, filed a complaint against the United States Postal Service in the Circuit Court for Harford County, Maryland, seeking damages for trespass to real property. Defendant removed the case to this court and timely moved to dismiss, *inter alia*, for lack of jurisdiction and failure to exhaust administrative remedies. Plaintiff has elected not to oppose the defendant's motion. The motion appears to be well taken. Accordingly, this action shall be dismissed without prejudice for lack of jurisdiction. An order follows.

Filed: April 21, 2003                    _____/s/_____
                                            ANDRÉ M. DAVIS
                                            United States District Judge