```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

CECIL F. HILL,                  :
       Plaintiff                :
                                :
   v.                           :      CIVIL NO. AMD 03-389
                                :
UNITED STATES POSTAL SERVICE,   :
       Defendant                :
                      ...o0o...
```

ORDER

For the reasons set forth in the foregoing Memorandum, it is this 21st day of April 2003, by the United States District Court for the District of Maryland,

(1) ORDERED that the defendant's Motion to Dismiss BE, and it hereby IS, GRANTED, and THIS CASE IS DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION; and it is further

(2) ORDERED that the Clerk of the Court shall CLOSE this case.


```
                           _____/s/_____
                           ANDRÉ M. DAVIS
                           United States District Judge
```